UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

FRANK C. THERRELL AND MARIE C. THERRELL                         PLAINTIFFS

V.                                              CIVIL ACTION NO. 1:06cv151-LTS-RHW

STATE FARM FIRE AND CASUALTY COMPANY                            DEFENDANT

## ORDER

This Court entered an [34] Order continuing a mediation, and requiring defense counsel to pay the reasonable expenses incurred by the American Arbitration Association and the mediator occasioned by the continuance. The Court has received the respective amount of expenses, and determines that they are reasonable.

Accordingly, **IT IS ORDERED**:

Counsel for Defendant shall send a check in the amount of $100.00 payable to the American Arbitration Association at the following address:

> American Arbitration Association
> Central Case Management Center
> 13455 Noel Rd., Suite 1750
> Dallas, TX 75240-6620
> ATTN: Lesley Barton

Counsel for Defendant shall send a check in the amount of $269.67 payable to Richard T. Bennett at the following address:

> Richard T. Bennett, Esq.
> Bennett Lotterhos Sulser & Wilson, P.A.
> Post Office Box 98
> Jackson, MS 39205-0098

Counsel for Defendant shall send these checks no later than November 8, 2006, and shall provide written confirmation to the Court of payment.

**SO ORDERED** this the 1st day of November, 2006.

s/ L. T. Senter, Jr.
L. T. Senter, Jr.
Senior Judge